# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| NICK C. THOMPSON, | ) |
| | ) Case No. 3:20-cv-00444-RGJ |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| CARE CREDIT, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Nick C. Thompson ("Plaintiff") and Synchrony Bank, improperly sued as Care Credit, hereby stipulate to the dismissal of the entire action against all defendants with prejudice, with each party bearing their own fees and costs.

Dated: June 29, 2020

Respectfully Submitted:

/s/ *Nick C. Thompson (with permission)*
By: Nick C. Thompson
800 Stone Creek Parkway, Suite 6
Louisville, KY 40223
Phone: 502-625-0905
Fax: 502-625-0940
bankruptcy@bankruptcy-divorce.com

*Attorney for Plaintiff*

/s/ *Clark C. Johnson*
By: Clark C. Johnson
KAPLAN JOHNSON ABATE & BIRD
710 West Main Street
Louisville, KY 40202
Tel: 502-416-1630
cjohnson@kaplanjohnsonlaw.com

*Attorney for Synchrony Bank*